# Exhibit 2





**From:** EOIR Director (EOIR) ███████████████████

**Sent:** Tuesday, April 29, 2025 12:26 PM
**To:** All of EOIR ████████████████████
**Subject:** Telework

Colleagues,

It has been just over two months since the Department's new policy on telework went into effect, and I wanted to provide some reminders about that policy based on some recent feedback.

First, employees **must work in person** at their agency worksite duty stations unless approved for telework under one of the exceptions described below.  Telework requests are for the **<u>employee only</u>**; telework should not be requested to care for another person.

Second, for those eligible to telework, please make sure that you are using the proper codes in WebTA to capture your time.  Accurate data is essential to evaluating the telework policy, and the Department requires all employees to enter data in WebTA accurately. EOIR will carefully track WebTA information to ensure that the correct codes are being utilized.

Third, it is a fundamental ethical principle that "[e]mployees shall put forth honest effort in the performance of their duties." 5 C.F.R. 2635.101(b)(5). Moreover, all employees are required to help root out fraud, waste, and abuse. EOIR must have confidence in the integrity of its workforce and must ensure that its employees are adhering to all Department policies, including the February 2025 telework policy. Currently, although EOIR has only slightly more than 2% of all DOJ employees, it is responsible for approximately 11% of all full-time telework reasonable accommodations (RAs) granted Department-wide. There is no obvious explanation for that disparity, and EOIR will be taking a closer look at RA requests seeking full-time telework to ensure they conform to the applicable law and Department policy. To those ends, employees and supervisors should remember that a change in duty station is rarely an appropriate RA. Similarly, although EOIR is required by federal law to provide RAs to qualified individuals with a disability to perform the essential functions of their positions, EOIR is only obligated to provide an effective accommodation, and not necessarily the accommodation that was requested. In short, although full-time telework may be a possible RA, it may not be the only effective accommodation in all cases, and EOIR has no policy that full-time telework should be treated as a default RA in any particular set of circumstances.

Fourth, in accordance with Department policy, RA requests for telework are limited to chronic, long-term or permanent conditions that impact daily living.  In contrast, situational telework may be used for temporary illness where an employee can still perform the essential functions of the position; however, situational telework is not designed to address longer-term conditions and should not be granted more than once per quarter. Any requests for situational telework extending beyond five work days and any requests constituting a second request per quarter must be approved by the EOIR Director. Finally, supervisors are also reminded that all situational telework requests must be

reported, whether granted or denied.

The Department's telework policy is attached, and a list of the relevant codes and uses are below. If you have any questions, please contact your supervisor.

Scheduled Telework

- Military Spouse
  - Telework whereby an employee works at home but does so in accordance with a set schedule as a part of an official telework agreement based on the military status of the employee's spouse.
  - WebTA code: Telework Milt Spouse – 01
- Deputy Attorney General Approved
  - Telework whereby an employee works at home but does so in accordance with a set schedule as a part of an official telework agreement based on approval by the office of the Deputy Attorney General.
  - WebTA code: Telework DAG Approved – 01
- Reasonable Accommodation
  - Telework whereby an employee works at home but does so in accordance with a set schedule as a part of an official telework agreement based on an agency approved reasonable accommodation.
  - WebTA code: Telework RA – 01

Situational Telework - allowed for intermittent, unscheduled, and ad hoc events.

- Situational Telework
  - Telework allowed on a case-by-case basis and approved by a supervisor. May also be used when weather and safety concerns either require employees to work from home or an option to work from home is ordered by OPM.  Examples of situational telework include, but are not limited to, telework necessitated by inclement weather, national emergency, special work assignments, or implementation of a COOP plan.
  - WebTA code: Telework Situational – 01
- Short term medical condition/illness
  - Form of telecommuting whereby an employee is approved to work from home temporarily due to a medical condition that does not require a reasonable accommodation.  **Telework due to temporary illness or injury is permitted, provided that the employee can still perform essential job functions.**
  - WebTA code: Telework – Short Term/MED – 01

Thank you for your dedication to EOIR's mission and for your commitment to restoring EOIR's integrity.

**Sirce E. Owen**

**Director (Acting)**



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information.  If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please notify the sender immediately and delete or destroy this message.