# Exhibit 3



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington, D.C.  20507

**Office of**
**Field Programs**

| | |
|---|---|
| RACHEL PIPPEN, | ) EEOC No.  460-2025-00162X |
|         Class Agent, | ) Agency No.  BOP-2024-000417 |
| ET AL., | ) |
|         v. | ) |
| | ) Honorable Erania Ebron |
| PAM BONDI, | ) erania.ebron@eeoc.gov |
| ATTORNEY GENERAL, | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) Date: December 10, 2025 |
| FEDERAL BUREAU OF PRISONS | ) |
|         Agency. | ) |

## <u>NOTIFICATION OF CASE PROCESSING ABEYANCE</u>

*Effective immediately*, all case processing in the above-captioned matter must be paused until further notice.  All scheduled deadlines and appearances are also cancelled.  This notification applies to all class cases in the federal sector, including those alleging disparate impact.

***ERRATA***: If correction or clarification is needed, the parties should advise the Administrative Judge, in writing, immediately. An e-mail regarding the issue is acceptable.

So Noticed and Ordered on December 10, 2025.

**ERANIA EBRON**
*Administrative Judge*
Federal Sector Hearings Program - Hearings West Division
U.S. Equal Employment Opportunity Commission
*Direct*: (346) 327-7729
E-mail: erania.ebron@eeoc.gov

## CERTIFICATE OF SERVICE

For timeliness purposes, it shall be presumed that the parties received the foregoing documents on the day after they were sent via e-mail.  I certify that this **Order** was sent by electronic mail, unless otherwise specified, this date to the following:

Rachel Pippen
100 Vanek Lane
Boyce, LA 71409
**PUBLIC PORTAL and E-mail Addresses ONLY:**    jjp3inc@yahoo.com

Heidi Burakiewicz, Esq.
BURAKIEWICZ & DEPRIEST, PLLC
1120 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
**PUBLIC PORTAL and E-mail Addresses ONLY:**    hburakiewicz@bdlawdc.com
bdfilings@bdlawdc.com

Marisa Nash, Esq.
Kimberly Cruikshank, Esq.
Kara Berlin, Esq.
Vincent Enriquez, Esq.
U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons
Office of General Counsel
2nd & Chestnut Streets, 7th Floor
Philadelphia, PA 19106 and
320 First Street, NW, Suite 977
Washington, DC 20534
**FEDSEP and E-mail Addresses ONLY:**    m2nash@bop.gov
kknipe@bop.gov
kberlin@bop.gov
venriquez@bop.gov

_____
Erania Ebron
Administrative Judge

DATE:  December 10, 2025

2