IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

KIMBERLY PANIAN,                    )
                                )
     and                         )
                                  )
HOI YEE BAXTER                      )        1:26-cv-1537 (PTG/WEF)
                                  )
     *Plaintiffs*,                )
                                  )
   v.                            )
                                  )
TODD BLANCHE,                       )
                                  )
     *Defendant*.                 )

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Preliminary Injunction ("Motion"). Dkt. 13. On July 10, 2026, the Court conducted a hearing on the matter. For the reasons stated from the bench, it is hereby

     **ORDERED** that Plaintiffs' Motion is **GRANTED**; and it further

     **ORDERED** that Defendant **DIRECT** the Executive Office of Immigration Review ("EOIR") to immediately restore Plaintiffs Kimberly Panian and Hoi Yee Baxter their full-time telework reasonable accommodations, until such time as judgement is entered.

Entered this __10th__ day of July, 2026.
Alexandria, Virginia

                                                  /s/
                                    Patricia Tolliver Giles
                                    United States District Judge